NATHAN STEINBERG et al., Appellants and Respondents, *v.* FOREST HILLS GOLF RANGE, INC., et al., Respondents and Appellants.

Submitted April 14, 1952; decided April 23, 1952.

Motion for reargument or, in the alternative, for a new trial denied, with $10 costs and necessary printing disbursements. [See 303 N. Y. 577.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK GIBBS, Appellant.

Submitted March 3, 1952; decided April 23, 1952.

Motion for reargument or, in the alternative, to amend remittitur denied. [See 303 N. Y. 804.]